IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROMERO R. GARNER, SR., | ) | CASE NO. 1:16 CV 182 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| SWAGELOK COMPANY, | ) | |
| | ) | |
| Defendant. | ) | **CASE MANAGEMENT** |
| | ) | **CONFERENCE NOTICE AND ORDER** |

A case management conference to be conducted pursuant to N.D. Ohio Local Rule 16.3(b) is set for **November 1, 2016** at **1:00 p.m.**, Room 10A, United States Courthouse, 801 West Superior Avenue, Cleveland, Ohio.

**This case is assigned to the standard track until further order of the Court.**

**Filing of Discovery Materials**

Unless otherwise ordered by the Court, initial disclosures, discovery depositions, interrogatories, requests for documents, requests for admissions, and answers and responses thereto shall **not** be filed in the Electronic Case Filing System, except that discovery materials may be filed as evidence in support of a motion or for use at trial.

**Prior to the Conference, the plaintiff, proceeding *pro se*, and counsel shall:**

1. Become familiar with the provisions of the Local Rules relating to differentiated case management generally and the case management conference in particular.

**(Rev. 031610)**

2. Meet and confer not later than **October 21, 2016** to discuss the nature and basis of their claims and defenses; the possibilities for a prompt resolution or settlement of the case; and to develop a proposed discovery plan. Except in extraordinary cases, the parties' proposed discovery plan must contemplate the completion of discovery no later than **one hundred and eighty (180) days** after the filing or removal of the initial complaint.

3. File, not later than **October 25, 2016**, a joint statement or separate statements stating the parties' present position with regard to each of the agenda items specified in Local Rule 16.3(b) and informing the Court of other items for the agenda of the case management conference. (See Attachment A.)

**At the Conference:**

1. The plaintiff and lead counsel for the defendant must attend.

2. The parties (or, in the case of institutional or corporate parties, a representative familiar with the facts giving rise to this litigation) must attend.

3. In addition to reviewing the items discussed in the parties' pre-conference statement(s), the Court may undertake to determine whether there are any presently known facts supporting a claim or defense; if not, such claim or defense may be dismissed with or without prejudice.

4. The plaintiff and counsel for the defendant must be prepared to discuss venue, personal jurisdiction, subject matter jurisdiction, the state of limitations, all affirmative defenses, and any potentially dispositive legal issues.

-3-

**Motion Practice Prior to the Case Management Conference:**

1. Motions to continue the case management are not favored and will not be granted except in extraordinary circumstances.

2. Any motions relating to the case management conference or matters to be addressed there are to be filed promptly and, in any event, not later than **October 25, 2016**.

3. Motions are to be in writing and shall indicate whether they are agreed motions.

4. Initial extensions to respond to a complaint or counterclaim for a period not to exceed twenty (20) days may be by agreement and confirmed by the filing of a Notice of Stipulation with the Court. All Notices of Stipulation must be filed on or **before** the response date for which an extension of time is sought.

Dated: September 29, 2016     s/ William H. Baughman, Jr.
United States Magistrate Judge