UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   November 1, 2016

Case No.:   1:16 CV 182

Court Reporter:   None

ROMERO R. GARNER, SR.

    v.

SWAGELOK COMPANY

APPEARANCES:   For Plaintiff:   *Pro Se*

                 For Defendant:   Amy L. Kullik

PROCEEDINGS:  Case Management Conference conducted. Separate case management plan and order to issue.

                 s/ Michelle D. Sztul
                 Geri M. Smith, Clerk of Court
                 By: Michelle D. Sztul,  Deputy Clerk
                      216- 357-7220

Time: 10 minutes